# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147341 & (15)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ALBERT JOSEPH KNAPP, JR.,
      Defendant-Appellant.

SC: 147341
COA: 316117
Cheboygan CC: 12-004483-FC

_____/

      By order of October 28, 2013, the prosecuting attorney was directed to answer the application for leave to appeal the June 11, 2013 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2013



t1216

Clerk